UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                     CASE NO. 25-20560

D-1 DAVID TAYLOR,           HON. TERRENCE G. BERG
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

    Defendants.
_____/

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO MODIFY PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION (ECF No. 90)**

The parties stipulate and agree that the due date for the response to the Motion to Modify Protective Order and Request for Expedited Consideration will be extended to on or before March 9, 2026. In support of this Stipulation, the parties agree as follows:

1. A Protective Order Based on Parties' Stipulation was entered by this Court on September 16, 2025. ECF No. 22.

2. Counsel for D-1 David Taylor and D-2 Michelle Brannon filed a Motion to Modify Protective Order and Request for Expedited Consideration on February 11, 2026, at 6:38pm. ECF No. 90.

3. Counsel for the government and counsel for D-1 David Taylor and D-2 Michelle Brannon were diligently attempting to resolve our areas of disagreement regarding the defense request to modify the Protective Order.

4. Counsel for Mr. Taylor and Ms. Brannon believed the parties had reached an impasse and filed a motion to modify the protective order as it related to the unresolved provisions.

5. Although defense counsel reiterated the need to promptly resolve the issues relating to the protective order, counsel for the government was not informed that defendants would request expedited consideration of their motion.

6. On February 12, 2026, the Court ordered an early response date of Monday, February 16, 2026, by Noon. (TEXT-ONLY ORDER)

7. On February 13, 2026, the United States filed a Motion for an Extension of Time to File a Response to on or before March 2, 2026. ECF No. 104.

8. On February 13, 2026, the Court granted the motion and set a response date of March 2, 2026. (TEXT-ONLY ORDER)

9. A superseding indictment charging an additional defendant was unsealed in this matter on February 12, 2026. ECF No. 91 (First Superseding Indictment adding D-3 Kathleen Klein).

10. During the status conference on February 17, 2026, the Court requested that the parties continue to attempt to reach an agreement regarding any modifications.

11. The government has and will continue to provide discovery to defense counsel.

12. The trial date in this matter was adjourned to November 3, 2026. ECF No. 111.

13. The parties continue to engage in discussions regarding modifications to the Protective Order, including with counsel for newly added D-3.

14. The government was previously unwilling to agree to defense counsel's (for Mr. Taylor and Ms. Brannon) previous suggested modifications to the protective order. However, in an effort to resolve disputed issues without this Court's intervention, the government requested revisions to the previously suggested modifications. On the afternoon of February 27, 2026, the government received revised modifications to the original stipulation for a protective order for review.

15. In light of the government's reconsideration, defense counsel for Mr. Taylor and Ms. Brannon believe that additional discussions will be fruitful.

16. The parties need additional time to determine if any issues need to be heard and resolved by the Court.

Accordingly, the parties agree that the new response date will be March 9, 2026.

JEROME F. GORGON, JR.
United States Attorney

s/ *Sarah Resnick Cohen*
Sarah Resnick Cohen P51968
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sarah.cohen@usdoj.gov
(313) 226-9637

<div style="margin-left:50%">

s/ *Lindsey Roberson*
Lindsey Roberson
Trial Attorney
Human Rights and Special
Prosecutions Section
Criminal Section
U.S. Department of Justice
Lindsey.roberson2@usdoj.gov
(202) 353-5153

</div>

| s/ *Scott Rosenblum w/consent* | s/ *Laurence H. Margolis w/consent* |
|---|---|
| Scott Rosenblum | Laurence H. Margolis |
| Counsel for D-1 David Taylor | Counsel for D-1 David Taylor |
| Rosenblum Schwartz Fry & Johnson | Margolis Law Firm |
| 120 South Central Ave., Suite 130 | 214 South Main Street, Suite 202 |
| St. Louis, MO 63105 | Ann Arbor, MI 48104 |
| srosenblum@rsfjlaw.com | larry@lawinannarbor.com |
| (314) 406-5001 | (734) 994-9590 |
| | |
| s/ *Allison L. Kriger w/consent* | s/ *Todd Russell Perkins w/consent* |
| Allison L. Kriger | Todd Russell Perkins |
| Counsel for D-1 David Taylor | Counsel for D-1 David Taylor |
| LaRene & Kriger, P.L.C. | 615 Griswold St., Suite 400 |
| 500 Griswold St., Suite 2400 | Detroit, MI 48226 |
| Detroit, MI 48226 | tperkins@perkinslawgroup.net |
| Allison.kriger@gmail.com | (313) 964-1702 |
| (313) 967-0100 | |
| | |
| s/ *R. Michael Bullotta (w/consent)* | s/ *John P. Rogers (w/consent)* |
| R. Michael Bullotta | John P. Rogers |
| Counsel for D-3 Kathleen Klein | Counsel for D-2 Michelle Brannon |
| Bullotta Law PLLC | Rogers Sevastianos & Bante, LLP |
| 615 Griswold St., Ste. 1620 | 120 S. Central Ave., Ste.160 |
| Detroit, MI 48226 | St. Louis, Missouri 63105 |
| (313) 400-5776 | (314) 354-8484/Fax (314) 354-8271 |
| michael@bullottalaw.com | jrogers@rsblawfirm.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,
v.                                                                                              CASE NO. 25-20560

D-1 DAVID TAYLOR,                                              HON. TERRENCE G. BERG
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

       Defendants.

### ORDER TO EXTEND TIME TO RESPOND TO MOTION TO MODIFY PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION (ECF No. 90)

Upon the Court's consideration of the parties' Stipulation to Extend Time to Respond to Motion to Modify Protective Order and Request for Expedited Consideration (ECF No. 90), the Court orders that the Government's Response Brief will be due on or before March 9, 2026.

       SO ORDERED.

                                        s/Terrence G. Berg
                                        HON. TERRENCE G. BERG
                                        United States District Judge

Dated: February 27, 2026